UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE A. HARRIS, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-00500-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF Nos. 1, 15] |

      Plaintiff Eugene A. Harris, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States magistrate judge on April 20, 2016. Local Rule 302.

      On June 3, 2016, the Court screened and dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim. (ECF No. 15.) Plaintiff was directed to file an amended complaint within thirty days from the date of service. (Id.) The thirty day period has expired, and Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

///

///

1

Accordingly, Plaintiff shall show cause within thirty (30) days as to why this action should not be dismissed.  Failure to comply with this order will result in dismissal of this action for failure to comply with a court order and failure to state a cognizable claim upon which relief may be granted.

IT IS SO ORDERED.

Dated:   **July 15, 2016**

UNITED STATES MAGISTRATE JUDGE