UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE A. HARRIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | Case No.: 1:16-cv-00500-SAB (PC) <br><br> ORDER DISMISSING ACTION FOR FAILURE TO RESPOND TO A COURT ORDER AND FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF <br><br> [ECF Nos. 15 & 16] |

Plaintiff Eugene A. Harris, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on April 20, 2016.  Local Rule 302.

On June 3, 2016, the Court dismissed Plaintiff's complaint for failure to state a claim under section 1983 and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  (ECF No. 15.)  Plaintiff failed to file an amended complaint; therefore, on July 15, 2016, Plaintiff was ordered to show cause why the action should not be dismissed for failure to comply with a court order and for failure to state a cognizable claim for relief.  (ECF No. 16.)

More than thirty days have since passed, and Plaintiff has not complied with or otherwise responded to the Court's July 15, 2016, order.  As a result, there is no pleading on file which sets forth

any claims upon which relief may be granted. Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Coleman v. Tollefson, __ U.S. __, __, 135 S.Ct. 1759, 1763 (2015).

IT IS SO ORDERED.

Dated:   **August 26, 2016**

UNITED STATES MAGISTRATE JUDGE